DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Harris v. Matthews<br><br>Case Below:<br>(COA05-28) | No. 479PA05 | 1. Def's (Matthews) NOA Based Upon a Constitutional Question (COA05-28) | 1. — |
| | | 2. Plts' Motion to Dismiss Appeal | 2. Allowed<br>12/01/05 |
| | | 3. Def's (Matthews) PDR Under N.C.G.S. § 7A-31 | 3. Denied<br>12/01/05 |
| | | 4. Plts' Notice of Cross-Appeal | 4. Dismissed as moot<br>12/01/05 |
| | | 5. Def's (Matthews) PWC to Review Order of COA | 5. Allowed for purpose of remand to COA for more thorough consideration in light of *Tubiolo v. Abundant Life Church, Inc.*, 167 N.C. App. 324, 605 S.E.2d 161 (2004), *disc. rev. denied*, 359 N.C. 326, 611 S.E.2d 853, *cert. denied*, 126 S.Ct. 350. 163 L. Ed. 2d 59 (2005)<br>12/01/05 |
| Harvey v. McLaughlin<br><br>Case Below:<br>172 N.C. App. 582 | No. 553P05 | 1. Def's Motion for Temporary Stay (COA04-1597) | 1. Denied<br>11/15/05 |
| | | 2. Def's Petition for Writ of Supersedeas | 2. Denied<br>11/15/05 |
| Hill v. Hill<br><br>Case Below:<br>173 N.C. App. 309 | No. 638P05 | Plts' Motion for Temporary Stay (COA03-969-2) | Allowed<br>11/22/05 |
| In re B.R.C.<br><br>Case Below:<br>173 N.C. App. 447 | No. 591P05 | 1. Respondent's (Father) PDR Under N.C.G.S. § 7A-31 (COA04-481) | 1. Denied<br>12/01/05 |
| | | 2. Respondent's (Mother) PDR Under N.C.G.S. § 7A-31 | 2. Denied<br>12/01/05 |